| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Trustees of the Southern Alaska Carpenters Trusts et al. | 3:04-CV-00116-RRB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Jeff DeHerrera d/b/a The Yukonstruction Company | Writ of Execution |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Northrim Bank

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

3111 C Street   Anchorage, AK 99503

RECEIVED
DEC 13 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews, Paralegal
3000 A Street, Suite 300
Anchorage, AK 99503

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                                                        Fold

Serve writ of execution, Notice of Levy and Response to Levy

Signature of Attorney or other Originator requesting service on behalf of:   XX PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER: 563-8844   DATE: 11/13/06

*Dawn Andrews* (signature)

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date: 11/14/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Fiona Johnson   AVP Branch Sales Manager

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 11/26/06   Time: 12:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee: $45- | Total Mileage Charges (including endeavors): 1.78 | Forwarding Fee | Total Charges: 46.78 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:   1 Dusm @ $45   4 mi. @ .445

No funds

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFF DE HERRERA d/b/a THE YUKONSTRUCTION COMPANY, and NORTHLAND CASUALTY COMPANY, BOND NO. NCU300056,<br><br>Defendants. | **NOTICE OF LEVY BY COURT WRIT**<br><br>Case No. 3:04-CV-00116-RRB |

TO: Northrim Bank
    3111 C Street
    Anchorage, AK 99503

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: Jeff De Herrera, SSN:                                    , not exceeding the sum of $17,513.00 are hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

Date: _____

| | | |
|---|---|---|
| Amount of Writ: | $17,513.00 | |
| Service Fee: | $ 47.00 | |
| Interest: | $_____ | |
| Total Due: | $_____ | |

RANDY M. JOHNSON
United States Marshal
District of Alaska
222 West 7th Avenue #28
Anchorage, Alaska 99513
(907) 271-5154

By: _____
Deputy U.S. Marshal

### RESPONSE TO LEVY

To United States Marshal:

You are notified that Northrim Bank ( ) does (X) does not have money, personal property, credits, or debts belonging to Jeff De Herrera, SSN: 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, in the amount of $ _____ of which $ _____ is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: 11-20-06          SIGNATURE: _____
(Type or Print Name) JEWEL SANTIAGO
TITLE: Item Processing Specialist

---

**Make checks payable to:**
**"CLERK OF COURT'**
**Note Case Number on the checks.**
*****************************************
**Mail "Response to Levy" & check to:**
**U.S. Marshals Service**
**222 W. 7th Ave., #28**
**Anchorage, AK 99513**

---

Notice of Levy by Court Writ
3:04-CV-00116-RRB

Page 2

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

RECEIVED
U.S. MARSHAL SERVICE
ALASKA
2006 NOV 24