

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue  #28,  Room 170
Anchorage, Alaska   99513-7568

Memorandum To:   US District Court for the District of Alaska

From:   U.S. Marshals Service

Subject:   **A04-116CIV** Original Writ of Execution

Date:   January 28, 2008

RECEIVED
JAN 2 9 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

   The attached original writ is being returned to your office.  No further action will be take on this writ.  All process has been previously returned to the Clerk of Court.

Linda M. Cranmer
Civil Administrator/
Purchasing Agent

ORIGINAL

Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFF DE HERRERA d/b/a THE YUKONSTRUCTION COMPANY, and NORTHLAND CASUALTY COMPANY, BOND NO. NCU300056,<br><br>Defendants. | Case No. A04-0116 Civ. (RRB)<br><br>**WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On February 9, 2005, a judgment was entered in the docket of the above-entitled court action, in favor of:

Trustees of the Southern Alaska Carpenters Health and Security, Retirement, Defined Contribution Pension and Southcentral and Southeastern Alaska Carpenters Apprenticeship and Training Trust Funds, as Judgment Creditors,

and against Jeff De Herrera, as Judgment Debtor, for

$ 9,864.64     principal,

$ 7,069.50     attorney fees, and

$   319.95     costs, making a total amount of

$17,513.00     JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$   374.25   accrued interest (1/19/05 – 3/24/05) computed at 12% per annum
$    47.00   costs

CREDIT must be given for payments and partial satisfactions in the amount of:

$5,000.00

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

HEREIN FAIL NOT, and have you then and there this writ.

                                                                   MICHAEL HALE, CLERK

DATED May 31, 2005          BY     **Redacted Signature**
                                                             Deputy Clerk

[SEAL]

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Writ of Execution
A04-0116 Civ. (RRB)

Page 2